(Official Form 1) (10/05)

| United States Bankruptcy Court<br>_Northern_ District of _Illinois_ | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Elliott, Jr., Gregory, William | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>Elliott, Gregory, William | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): **0261** | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>6831 S. Michigan Ave.<br>Chicago, IL<br>ZIPCODE **60637** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [x] Individual (includes Joint Debtors)
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and provide the information requested below.)

State type of entity: _____

**Nature of Business** (Check all applicable boxes.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Nonprofit Organization qualified under 15 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [x] Chapter 11
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 9
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [x] Consumer/Non-Business
- [ ] Business

**Filing Fee** (Check one box)
- [ ] Full Filing Fee attached
- [x] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

**Estimated Debts**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Gregory William Elliott, Jr. |
|---|---|

**Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet)

| Location Where Filed: N/A | Case Number: N/A | Date Filed: N/A |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: N/A | Case Number: N/A | Date Filed: N/A |
|---|---|---|
| District: N/A | Relationship: N/A | Judge: N/A |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

X ___N/A___
Signature of Attorney for Debtor(s)    Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Certification Concerning Debt Counseling by Individual/Joint Debtor(s)

☑ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.

☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.)

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): Gregory William Elliott, Jr. |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _G W Elliott, Jr._
Signature of Debtor

X _____
Signature of Joint Debtor

_773-516-3888_
Telephone Number (If not represented by attorney)

_October 17, 2008_
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _N/A_
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney

X _N/A_
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _N/A_
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Address

X _N/A_
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## LIST OF NAMES AND ADDRESSES OF All CREDITORS

| Name of Creditor | Address and Tlephone Number | Nature of Claim | Indication | Amount |
|---|---|---|---|---|
| City of Chicago<br>400 W. Superior, 1st Flr<br>Chicago, IL 60610 | 400 W. Superior, 1st Flr<br>Chicago, IL 60610<br>312-747-4747 | Parking Tickets | Disputed | 17,000.00 |
| City of Chicago<br>400 W. Superior, 1st Flr<br>Chicago, IL 60610 | 400 W. Superior, 1st Flr<br>Chicago, IL 60610<br>312-747-4747 | Water Bills | Disputed | 2,500.00 |
| City of Chicago<br>400 W. Superior, 1st Flr<br>Chicago, IL 60610 | 400 W. Superior, 1st Flr<br>Chicago, IL 60610<br>312-747-4747 | Building Code Fines | Disputed | 1,400.00 |
| ACS<br>501 Bleecker Street<br>Utica, NY 13501 | 501 Bleecker Street<br>Utica, NY 13501<br>No Phone Number | Student Loans | Disputed | 13,375.00 |
| American Musical Supply<br>P.O. Box 152<br>Spicer, MN 56288 | P.O. Box 152<br>Spicer, MN 56288<br>800-458-4076 | Consumer Debt | Disputed | 1,707.00 |
| National City Card<br>P.O. Box 500IK-A16-2J<br>Portage, MI 49081 | P.O. Box 500IK-A16-2J<br>Portage, MI 49081<br>616-376-3650 | Consumer Debt | Disputed | 4,366.00 |
| Washington Mutual/Provid<br>4940 Johnson Drive<br>Pleasanton, CA 94566 | 4940 Johnson Drive<br>Pleasanton, CA 94566<br>800-964-6000 | Consumer Debt | Disputed | 3,956.00 |
| WFNNB/NYCO<br>220 W SCHROCK RD<br>WESTERVILLE, OH 43081 | 220 W SCHROCK RD<br>WESTERVILLE, OH 43081<br>614-729-5010 | Consumer Debt | | 195.00<br>cont... |

| Creditor | Type | Status | Amount |
|---|---|---|---|
| BALLY TOTAL FITNES<br>12440 E IMPERIAL SUITE 3<br>NORWALK CA 90650<br>866-402-2559 | Consumer Debt | | 295.00 |
| MCYDSNB<br>9111 DUKE BLVD<br>MASON, OH 45040<br>866-593-2543 | Consumer Debt | | 475.00 |
| PEOPLES ENERGY<br>130 E RANDOLPH<br>CHICAGO IL 60601<br>866-556-6001 | Consumer Debt | Disputed | 483.00 |
| HSBC BANK<br>1441 SCHILLING PLACE<br>SALINAS, CA 93901<br>800-477-6000 | Consumer Debt | | 493.00 |
| HSBC BANK<br>1441 SCHILLING PLACE<br>SALINAS, CA 93901<br>800-477-6000 | Consumer Debt | | 642.00 |
| WFNNB/EXPSTR<br>PO BOX 330064<br>NORTHGLENN, CO 80233<br>800-695-5630 | Consumer Debt | | 982.00 |
| PEOPLES ENERGY<br>130 E RANDOLPH<br>CHICAGO IL 60601<br>866-556-6001 | Consumer Debt | Disputed | 2,568.00 |
| CHASE MTG<br>10790 RANCHO BERNA<br>SAN DIEGO CA 92127<br>800-548-7912 | Mortgage | Disputed | 341,796.00 |
| COUNTRYWIDE HOME LOANS<br>400 COUNTRYWIDE WAY<br>SIMI VALLEY, CA 93065<br>800-669-6607 | Mortgage | Disputed | 247,499.00 |

cont...

| Creditor | Address | Type | Status | Amount |
|---|---|---|---|---|
| BAYVIEW FINANCIAL | 4425 PONCE DE LEON, CORAL GABLES FL 33146, 800-457-5105 | Mortgage | Disputed | 55,751.00 |
| TOYOTA MOTOR CREDIT | 1111 W 22ND ST STE 420, OAK BROOK, IL 60523, 800-874-8822 | Auto Loan | Disputed | 18,008.00 |
| TOYOTA MTR | 111 W 22ND ST, OAKBROOK IL 60521, 800-874-8822 | Auto Loan | Disputed | 11,219.00 |
| WILSHIRE CREDIT | PO BOX 8517, PORTLAND OR 97207, 888-502-0100 | Mortgage | Disputed | 263,141.00 |
| CITI RESIDENTAL LENDING | P.O. Box 11000, SANTA ANA, CA 92711-1000, 800-430-5262 | Mortgage | Disputed | 259,273.00 |
| SELECT PORTFOLIO SVCI | PO BOX 65250, SALT LAKE CITY UT 84165, 800-258-8602 | Mortgage | Disputed | 247,449.00 |
| WASHINGTON MUTUAL | P.O. BOX 1093, NORTHRIDGE CA 91328, 866-926-8937 | Mortgage | Disputed | 235,229.00 |
| FREMONT INVESTMENT | 175 N RIVERVIEW DR, ANAHEIM, CA 92808, 800-776-7511 | Mortgage | Disputed | 222,830.00 |
| HOME LOAN SERVICES | 150 Allegheny Center Mall, PITTSBURGH, PA 15212, 800-622-5035 | Mortgage | Disputed | 148,048.00 |

cont...

NATIONAL CITY MORTGAGE
PO BOX 1820
DAYTON, OH 45401-1820

PO BOX 1820
DAYTON, OH 45401-1820
800-822-5626

Mortgage

Disputed

79,769.00

Form 4
(10/05)

# United States Bankruptcy Court

_Northern_ District Of _Illinois_

In re _Gregory William Elliott, Jr._  
              Debtor

Case No. _____

Chapter _11_

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| See attached 2 pages... | | | | |

Date: _October 17, 2008_

_/s/ W Elliott, Jr._  
Debtor

*[Declaration as in Form 2]*

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor | Address and Tlephone Number | Nature of Claim | Indication | Amount |
|---|---|---|---|---|
| City of Chicago<br>400 W. Superior, 1st Flr<br>Chicago, IL 60610 | 400 W. Superior, 1st Flr<br>Chicago, IL 60610<br>312-747-4747 | Parking Tickets | Disputed | 17,000.00 |
| City of Chicago<br>400 W. Superior, 1st Flr<br>Chicago, IL 60610 | 400 W. Superior, 1st Flr<br>Chicago, IL 60610<br>312-747-4747 | Water Bills | Disputed | 2,500.00 |
| City of Chicago<br>400 W. Superior, 1st Flr<br>Chicago, IL 60610 | 400 W. Superior, 1st Flr<br>Chicago, IL 60610<br>312-747-4747 | Building Code Fines | Disputed | 1,400.00 |
| ACS<br>501 Bleecker Street<br>Utica, NY 13501 | 501 Bleecker Street<br>Utica, NY 13501<br>No Phone Number | Student Loans | Disputed | 13,375.00 |
| American Musical Supply<br>P.O. Box 152<br>Spicer, MN 56288 | P.O. Box 152<br>Spicer, MN 56288<br>800-458-4076 | Consumer Debt | Disputed | 1,707.00 |
| National City Card<br>P.O. Box 500IK-A16-2J<br>Portage, MI 49081 | P.O. Box 500IK-A16-2J<br>Portage, MI 49081<br>616-376-3650 | Consumer Debt | Disputed | 4,366.00 |
| Washington Mutual/Provid<br>4940 Johnson Drive<br>Pleasanton, CA 94566 | 4940 Johnson Drive<br>Pleasanton, CA 94566<br>800-964-6000 | Consumer Debt | Disputed | 3,956.00 |
| WFNNB/NYCO<br>220 W SCHROCK RD<br>WESTERVILLE, OH 43081 | 220 W SCHROCK RD<br>WESTERVILLE, OH 43081<br>614-729-5010 | Consumer Debt | | 195.00 |

cont...

| Creditor | Address | Phone | Type | Status | Amount |
|---|---|---|---|---|---|
| BALLY TOTAL FITNES | 12440 E IMPERIAL SUITE 3 NORWALK CA 90650 | 866-402-2559 | Consumer Debt | | 295.00 |
| MCYDSNB | 9111 DUKE BLVD MASON, OH 45040 | 866-593-2543 | Consumer Debt | | 475.00 |
| PEOPLES ENERGY | 130 E RANDOLPH CHICAGO IL 60601 | 866-556-6001 | Consumer Debt | Disputed | 483.00 |
| HSBC BANK | 1441 SCHILLING PLACE SALINAS, CA 93901 | 800-477-6000 | Consumer Debt | | 493.00 |
| HSBC BANK | 1441 SCHILLING PLACE SALINAS, CA 93901 | 800-477-6000 | Consumer Debt | | 642.00 |
| WFNNB/EXPSTR | PO BOX 330064 NORTHGLENN, CO 80233 | 800-695-5630 | Consumer Debt | | 982.00 |
| PEOPLES ENERGY | 130 E RANDOLPH CHICAGO IL 60601 | 866-556-6001 | Consumer Debt | Disputed | 2,568.00 |